Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | CASE NO. 5:11-cv-03096-LHK |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~) |
| vs. | |
| KIM HUNG HO, et al., | |
| Defendant. | |

Plaintiff G & G Closed Circuit Events, LLC hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Wednesday, December 21, 2011 at 2:00 P.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff has yet to receive an answer or any other responsive pleading from the defendant[1].  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

---

[1] On September 15, 2011 Plaintiff requested Entry of Default be entered by the Clerk of the Court. On September 21, 2011 Clerks Entry of Default was entered in this action. At this point in time Plaintiff is preparing its Application for Default Judgment by the Court and anticipates same to be filed within the next fourteen (14) days.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)
CASE NO. 5:11-cv-03096-LHK
PAGE 1

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference presently scheduled for Wednesday, December 21, 2011 to a new date

3    approximately thirty (30) to forty-five (45) days forward.

4

5                                                              Respectfully submitted,

6

7

8

9    Dated: December 14, 2011                    /s/ Thomas P. Riley
                                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                               By: Thomas P. Riley
                                                 Attorneys for Plaintiff
11                                               G & G Closed Circuit Events, LLC

12

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 5:11-cv-03096-LHK**
**PAGE 2**

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 5:11-CV-03096-LHK styled *G & G Closed Circuit Events, LLC  v. Kim Hung Ho, et al.*, is hereby continued from Wednesday, December 21, 2011 at 2:00 P.M. to a new date of __April 25, 2012__.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

Plaintiff shall file its motion for default judgment no later than January 5, 2012.

**IT IS SO ORDERED**:

**THE HONORABLE LUCY H. KOH**
**United States District Court**
**Northern District of California**

Dated:__December 15, 2011__

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 5:11-cv-03096-LHK**
**PAGE 3**